United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BROOKSBANK, a California corporation,<br><br>               Plaintiff,<br><br>v.<br><br>PRIVATE CAPITAL GROUP, LLC AND DOES 1 through 20 inclusive,<br><br>               Defendants. | Case No.: 13-CV-02667-LHK<br><br>ORDER TO SUBMIT PAGE TWO OF STATE COURT COMPLAINT |

Plaintiff is hereby ordered to file page two of her complaint filed in state court, as it is not part of the Notice of Removal document filed with this Court, *see* ECF No. 1. Plaintiff shall file this document by November 11, 2013 at 5p.m.

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-02667-LHK
ORDER TO SUBMIT PAGE TWO OF STATE COMPLAINT