**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BROOKSBANK, a California corporation, ) ) | Case No.: 13-CV-02667-LHK |
| Plaintiff, ) ) | ORDER TO SUBMIT PAGE TWO OF STATE COURT COMPLAINT |
| v. ) ) | |
| PRIVATE CAPITAL GROUP, LLC AND DOES 1 through 20 inclusive, ) ) ) | |
| Defendants. ) ) | |

Plaintiff is hereby ordered to file page two of her complaint filed in state court, as it is not part of the Notice of Removal document filed with this Court, *see* ECF No. 1. Plaintiff shall file this document by November 11, 2013 at 5p.m.

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
LUCY H. KOH
United States District Judge