UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BROOKSBANK, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIVATE CAPITAL GROUP, LLC AND DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 13-CV-02667-LHK<br><br>ORDER TO SUBMIT CONSENT FORMS |

It appears from the parties' joint case management statement, ECF No. 19 at 6, that all parties now consent to a magistrate judge for all proceedings in this case. The parties are hereby ordered to file the appropriate consent forms on the docket by November 20, 2013 at 5 p.m. After such forms have been filed, the case will be transferred back to the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 17, 2013

_____
LUCY H. KOH
United States District Judge