UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BROOKSBANK, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRIVATE CAPITAL GROUP, LLC AND DOES 1 through 20 inclusive,<br><br>　　　　　　　Defendants. | Case No.: 13-CV-02667-LHK<br><br>ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

Both parties have consented to proceed before a Magistrate Judge for all purposes. ECF Nos. 29 and 30. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
LUCY H. KOH
United States District Judge