**\*E-Filed: March 31, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHER BROOKSBANK, | No. C13-02667 HRL |
| Plaintiff, | **ORDER DISCHARGING** |
| v. | **ORDER TO SHOW CAUSE** |
| PRIVATE CAPITAL GROUP, LLC; and DOES 1 through 20, Inclusive, | |
| Defendants. | |

A Case Management Conference was held on March 17, 2015. Plaintiff did not appear at the Case Management Conference and did not file a case management statement. Plaintiff called chambers to request a continuance of the Case Management Conference on March 13, 2015, and chambers staff advised her that any request to continue the Case Management Conference must be submitted in writing. Plaintiff did not submit a written request to continue the Case Management Conference. The Court ordered Plaintiff to appear on March 31, 2015 and show cause, if any, why this case should not be dismissed for failure to prosecute and/or Plaintiff should not be sanctioned.

The Order to Show Cause hearing was held on March 31, 2015. Based on Plaintiff's explanation as to why she did not appear at the Case Management Conference, the Order to Show Cause is discharged. Plaintiff acknowledged that she received a copy of the March 17, 2015 Case

///

///

Management Scheduling Order. Dkt. No. 73.  Plaintiff is reminded that she must abide by the deadlines set out in that Order.  In addition, Plaintiff is referred to the Court's FLASH program.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-02667 HRL Notice will be electronically mailed to:**

Avi Noam Phillips    aphillips@wrightlegal.net, spolin@wrightlegal.net

Marlene Camacho Nowlin    mnowlin@wrightlegal.net, spolin@wrightlegal.net

T. Robert Finlay    rfinlay@wrightlegal.net, ggrant@wrightlegal.net

**C13-02667 HRL Notice will be mailed to:**

Heather Brooksbank

131 Arabian Way

Scotts Valley, CA 95066

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**