IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BROOKSBANK,<br><br>    Plaintiff,<br><br>v.<br><br>PRIVATE CAPITAL GROUP, LLC,<br><br>    Defendant. | Case No. 13-cv-02667 HRL (NC)<br><br>**ORDER RESETTING TIME AND GRANTING REQUEST TO APPEAR TELEPHONICALLY** |

The settlement conference scheduled for June 18, 2015 is rescheduled for **12:00 noon.**

Defense counsel submitted a request for the representative of Private Capital Group to appear telephonically at the settlement conference set for June 18, 2015. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. PCG's representative must be available beginning at **12:00 noon on June 18, 2015** and remain on stand by for the duration of the conference.

IT IS SO ORDERED.

Dated: June 1. 2015

                                                NATHANAEL COUSINS
                                                United States Magistrate Judge