# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BROOKSBANK,<br><br>      Plaintiff,<br><br>     v.<br><br>PRIVATE CAPITAL GROUP, LLC,<br><br>      Defendant. | Case No. 13-cv-02667 HRL (NC)<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR HER FAILURE TO APPEAR AND HER FAILURE TO PARTICIPATE IN GOOD FAITH IN SETTLEMENT CONFERENCE; and ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>Response Required by July 10, 2015 |

    This Court held a settlement conference on June 22, 2015, at 11:00 a.m., upon a referral from the trial judge, Magistrate Judge Howard R. Lloyd.  Plaintiff Heather Brooksbank failed to appear at the settlement conference and failed to reply to a telephone message left for her during the conference to explain her absence.

    Under Rule 16(f) of the Federal Rules of Civil Procedure, the Court may issue "any just orders," including the sanctions set forth in Rule 37(b)(2)(A)(ii-vii), if a party fails to appear at a scheduling or other pretrial conference; does not participate in good faith; or fails to obey a scheduling order.  Instead of or in addition to Rule 37 sanctions, the Court must order a party to pay the "reasonable expenses" including attorney's fees, incurred because of noncompliance, unless noncompliance was "substantially justified or other

circumstances make an award of expenses unjust." Fed. R. Civ. P. 26(f)(2).

In this case, plaintiff Heather Brooksbank must explain by July 10 in a filed writing: (1) why she did not appear as ordered on June 22; (2) whether her noncompliance was "substantially justified or other circumstances make an award of expenses unjust"; (3) why she should not be sanctioned for her noncompliance; and (4) whether she will appear as ordered for a settlement conference in the San Jose courthouse on July 24, 2015, at 11:00 a.m.

Defendant Private Capital Group may reply by July 17. The Court will schedule a hearing, if one is necessary, after considering the written submissions.

The Clerk of Court is also requested to reschedule the settlement conference to July 24, 2015, 11:00 a.m. in San Jose courtroom 7.

Plaintiff is reminded that limited scope legal assistance is available from the Federal Pro Se Program. To schedule an appointment in San Jose, litigants may call 408.297.1480 or sign up in the appointment book located outside the Federal Pro Se Program office on the second floor of the courthouse. The Federal Pro Se Program at the San Jose courthouse is open for appointments and on a drop-in basis Monday through Thursday afternoons, and Fridays by appointment only, and at the offices of the Law Foundation of Silicon Valley on a drop-in basis Monday through Thursday mornings, and Fridays by appointment only.

IT IS SO ORDERED.

Date: June 29, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge